# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CASE NO. |
| Plaintiff, | : | JUDGE  Weber  1:13CR 98 |
| v. | : | |
| | : | INFORMATION |
| SHEILA M. CIONE, | : | |
| Defendant. | : | |

The United States Attorney charges:

**COUNT ONE**
(Supplemental Security Income Benefits Fraud)

Beginning in or about August 2005, and continuing until in or about March 2011, within the Southern District of Ohio, the defendant, SHEILA M. CIONE, in a matter within the jurisdiction of the Social Security Administration (SSA), having knowledge of the occurrence of an event affecting her continued right to receive payment of Social Security Supplemental Security Income (SSI) payments, concealed and failed to disclose such event with the intent to fraudulently secure payment when no payment was authorized. Specifically, the defendant, SHEILA M. CIONE, intentionally concealed the receipt of regular income from a structured settlement as well as the income received from the sale of future payments related to the settlement, in order to continue to receive and spend SSI benefits payments

made by SSA. By such action, the defendant, SHEILA M. CIONE, obtained approximately $35,820.58 in SSI payments to which she was not eligible.

**All in violation of Title 42, United States Code, Section 1383a(a)(3)(A).**

Respectfully submitted,

CARTER M. STEWART
United States Attorney

_____
ANTHONY SPRINGER (0067716)
Cincinnati Branch Chief